IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| ART LOGAN,<br><br>                   Plaintiff,<br><br>vs.<br><br>BIOMET, INC., et al.,<br><br>                   Defendants. | CV 15-20-BLG-SPW-TJC<br><br>**ORDER CONTINUING TELEPHONIC STATUS CONFERENCE** |

Defendants have filed an unopposed motion to continue the telephonic Status Conference. (Doc. 182.) Defendants also request the deadline for filing their written status report be extended to April 26, 2019. Good cause appearing,

IT IS HEREBY ORDERED that the motion is GRANTED. The telephonic Status Conference currently scheduled for March 28, 2019 shall be continued to **May 2, 2019 at 11:30 a.m.** Counsel shall use the Court's conferencing system:

    a.    Dial 1-877-848-7030
    b.    Enter Access Code 5492555 #

IT IS FURTHER ORDERED that the March 22, 2019 deadline for parties to file their written status report is hereby extended to April 26, 2019.

DATED this 22th day of March, 2019.

                                                          TIMOTHY J. CAVAN
                                                          United States Magistrate Judge