# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
### BILLINGS DIVISION

FILED



JAN 0 9 2020

Clerk, U S District Court
District Of Montana
Billings

| | |
|---|---|
| ART LOGAN,<br><br>   Plaintiff,<br><br>vs.<br><br>BIOMET, INC., et al.,<br><br>   Defendants. | CV 15-20-BLG-SPW<br><br>ORDER |

Upon the parties' Stipulation for Dismissal With Prejudice (Doc. 192), by and between their counsel of record,

IT IS HEREBY ORDERED that the above-entitled cause is DISMISSED WITH PREJUDICE, with each party to bear their own costs and attorney's fees.

DATED this _8th_ day of January, 2020.

_Susan P. Watters_
SUSAN P. WATTERS
U. S. DISTRICT JUDGE

1